UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL YOUNG, et al.,<br><br>        Plaintiffs,<br><br>       v.<br><br>CITY OF BERKELEY, et al.,<br><br>        Defendants. | Case No. 16-cv-00931-VC<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 8 |

In light of counsel's travel commitment, a one week continuance is granted. The other reasons given do not justify a continuance. An in-person case management conference will take place on June 7, 2016 at 1:30 pm. A case management statement is due from the plaintiff on May 31, 2016.

**IT IS SO ORDERED.**

Dated: May 25, 2016

_____

VINCE CHHABRIA
United States District Judge